**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01731-CMA-KMT

POLAR FIELD SERVICES, INC., a Colorado corporation,

    Plaintiff,

v.

THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR
ADMINISTRATIVE CLOSURE**

---

This matter is before the Court on the Parties' Joint Motion For Administrative Closure (Doc. # 25).  The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby GRANTS the Motion.  It is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action until the earlier of (1) 14 days after entry of a final compensation order in the Gibbons Suit, or (2) one month after the full and final rejection of the Parties' settlement application in the Gibbons Suit.  It is

FURTHER ORDERED that, within 14 days of receiving notice thereof, one or both parties shall file either a stipulated motion for dismissal if the settlement is accepted, or a notice indicating that the settlement application was rejected.

    DATED:  March __07__, 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge